UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 3-1

LUSCIOUS SEAFOOD LLC,

        Plaintiff,

        v.

UNITED STATES OF AMERICA,

        Defendant.

**Summons**
Court No. 24-00069

To:    The Attorney General, the Department of Commerce:

    **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

        /s/ Mario Toscano
        Clerk of the Court

1. Plaintiff in this action is Luscious Seafood LLC, a domestic wholesaler of the subject merchandise. Plaintiff was an interested party in the antidumping duty review under appeal pursuant to 19 U.S.C. § 1677(9)(C). Plaintiff thus has standing to bring this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C.§ 1516a(d).

   **(Name and standing of plaintiff)**

2. Plaintiff contests certain aspects of the final results of the antidumping duty review on Frozen Fish Fillets from the Socialist Republic of Vietnam made by the U.S. Department of Commerce's International Trade Administration. The contested final results were published in the *Federal Register* as *Certain Frozen Fish Fillets From the Socialist Republic of Vietnam: Final Results and Partial Rescission of Administrative Review; 2021–2022*, 89 Fed. Reg. 18,595 (Dep't of Commerce Mar. 14, 2024) ("Final Determination").

   **(Brief description of contested determination)**

3. The Final Determination was signed on March 5, 2024.

   **(Date of determination)**

4. The Final Determination was published in the *Federal Register* on March 14, 2024.

   **(If applicable, date of publication in Federal Register of notice of contested determination).**

**FORM 3-2**

Camelia C. Mazard
Andre P. Barlow
Doyle, Barlow & Mazard PLLC
1825 K St. NW, Suite 950
Washington, DC 20006
202-589-1837

___/s/ Camelia C. Mazard____
Signature of Plaintiff's Attorney
Dated: April 1, 2024

FORM 3-3

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza
New York, NY 10278-0140

General Counsel
**U.S. Department of Commerce**
14th & Constitution Avenue, NW
Washington, DC 20230

Attorney-in-Charge
Commercial Litigation Branch
Civil Division
**U.S. Department of Justice**
Civil Division Room, 12124
1100 L Street, NW
Mail Stop 5875 HCHB
Washington, DC 20530

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017, Sept. 18, 2018, eff. Oct. 15, 2018.).

FORM 3-4

## NOTICE TO INTERESTED PARTIES
**Luscious Seafood LLC v. United States**
CIT Court No. 24-00069

I, Camelia C. Mazard, certify that on April 1, 2024, pursuant to CIT Rule 3(f), I notified all interested parties who were a party to the proceeding below, by mailing copies of the foregoing Summons by certified mail, return receipt requested, upon the following persons:

Matthew J. McConkey, Esq.
**Mayer Brown, LLP**
1999 K Street, NW
Washington, DC 20006-1101

Jonathan M. Freed, Esq.
**Trade Pacific PLLC**
700 Pennsylvania Avenue, SE
Suite 500
Washington, DC 20003

Robert L. LaFrankie, Esq.
**Crowell & Moring LLP**
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595

Donald B. Cameron, Esq.
**Morris, Manning & Martin, LLP**
1401 I Street, NW
Suite 600
Washington, DC 20005

Andrew B. Schroth, Esq.
**Grunfeld Desiderio Lebowitz Silverman Klestadt, LLP**
1201 New York Avenue NW
Suite 650
Washington DC 20005

Nazak Nikakhtar, Esq.
**Wiley Rein LLP**
2050 M Street, NW
Washington, DC 20036

Craig A. Lewis, Esq
**Hogan Lovells US LLP**
555 Thirteenth Street, NW
Washington, DC 20004

/s/ *Camelia Mazard*
Camelia Mazard