## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| LUSCIOUS SEAFOOD LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> BIEN DONG SEAFOOD COMPANY LIMITED, ) <br> NTSF SEAFOODS JOINT STOCK COMPANY, and ) <br> CATFISH FARMERS OF AMERICA, *et al.*, ) <br> ) <br> Defendant-Intervenors. ) | Before: Hon. Stephen A. Vaden, Judge <br><br> Court No. 24-00069 |

### RESPONSE OF
### BIEN DONG SEAFOOD COMPANY LIMITED AND NTSF SEAFOODS JOINT STOCK COMPANY IN OPPOSITION TO PLAINTIFF'S RULE 56.2 MOTION FOR JUDGMENT ON THE AGENCY RECORD

Jonathan M. Freed
MacKensie R. Sugama

**TRADE PACIFIC PLLC**
700 Pennsylvania Avenue, SE
Suite 500
Washington, D.C. 20003
(202) 223-3760

Dated: January 17, 2025         *Counsel to Bien Dong and NTSF*

Consol. Court No. 24-00069

# RESPONSE OF
# BIEN DONG SEAFOOD COMPANY LIMITED AND NTSF SEAFOODS JOINT STOCK COMPANY IN OPPOSITION TO PLAINTIFF'S RULE 56.2 MOTION OR JUDGMENT ON THE AGENCY RECORD

Pursuant to the Court's July 11, 2024, Scheduling Order, ECF No. 29, Bien Dong Seafood Company Limited ("Bien Dong") and NTSF Seafoods Joint Stock Company ("NTSF"), defendant-intervenors in the above-captioned action, respond in opposition to Plaintiff's Rule 56.2 Motion for Judgment on the Agency Record. *See* ECF Nos.33, 34 (Sept. 13, 2024) ("Pl. Br."). In lieu of filing a substantive brief and to avoid redundancy in arguments, Bien Dong and NTSF incorporate by reference the response and arguments made by Defendant United States in its December 13, 2024, Response in Opposition to Plaintiff's Motion for Judgment Upon the Agency Record. *See* Def.'s Resp. to Pl. Mot. For J. Upon Agency R. (Dec. 13, 2024), ECF 35 ("Def. Br.").

Accordingly, based on the arguments submitted by Defendant, Bien Dong and NTSF request that the Court affirm Commerce's final results with respect to the challenges raised in Plaintiff's Rule 56.2 motion and memorandum.

Respectfully submitted,

/s/ Jonathan M. Freed
Jonathan M. Freed
MacKensie R. Sugama

**TRADE PACIFIC PLLC**
700 Pennsylvania Avenue, SE
Suite 500
Washington, D.C. 20003
(202) 223-3760

Dated: January 17, 2025           *Bien Dong and NTSF*

1

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| LUSCIOUS SEAFOOD LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>  Defendant,<br><br>  and<br><br>BIEN DONG SEAFOOD COMPANY LIMITED,<br>NTSF SEAFOODS JOINT STOCK COMPANY, and<br>CATFISH FARMERS OF AMERICA, *et al.*,<br><br>  Defendant-Intervenors. | Before: Hon. Stephen A.<br>Vaden, Judge<br><br>Court No. 24-00069 |

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel hereby certifies that the accompanying Response of Bien Dong Seafood Company Limited ("Bien Dong") and NTSF Seafoods Joint Stock Company ("NTSF") in Opposition to Plaintiff's Rule 56.2 Motion for Judgment on the Agency Record, dated January 17, 2025, complies with the word-count limitation described in the Court's July 11, 2024, Scheduling Order. *See* ECF 29. This response contains 177 words according to the word-count function of the word-processing software used to prepare the response.

Respectfully submitted,

/s/ Jonathan M. Freed
Jonathan M. Freed
**TRADE PACIFIC PLLC**
700 Pennsylvania Avenue, SE Suite 500
Washington, D.C. 20003
(202) 223-3760

Dated: January 17, 2025         *Counsel to Bien Dong and NTSF*