**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| LUSCIOUS SEAFOOD LLC,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant,<br><br>and<br><br>NTSF SEAFOODS JOINT STOCK COMPANY, et al.,<br><br>                Defendant-Intervenors. | **Court No. 24-00069** |

**ORDER OF REASSIGNMENT**

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Stephen Alexander Vaden, is hereby reassigned to the Honorable Timothy C. Stanceu.

Dated at New York, New York, this 7th day of July, 2025.

                                                  /s/ Mark A. Barnett
                                                  Mark A. Barnett
                                                  Chief Judge