**UNITED STATES COURT OF INTERNATIONAL TRADE**

| |
|---|
| **LUSCIOUS SEAFOOD LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br><br>Defendant,<br><br>and<br><br>**NTSF SEAFOODS JOINT STOCK COMPANY, et al.,**<br><br>Defendant-Intervenors. |

**Before:  Timothy C. Stanceu, Judge**

**Court No. 24-00069**

**ORDER**

In this litigation, the court has issued a Confidential Opinion and Order due to

claims of confidentiality in the parties' briefs and in the joint appendix.  *See* Pl.'s Mot.

for J. on the Agency R. (Sept. 13, 2024), ECF Nos. 33 (Conf.), 34 (Public); Def.'s Resp. to

Pl.'s Mot. for J. on the Agency R. (Dec. 13, 2024), ECF Nos. 35 (Conf.), 36 (Public); Resp.

Br. of Def.-Ints., Catfish Farmers of Am., *et al*. (Jan. 17, 2025), ECF Nos. 37 (Conf.), 38

(Public); Repl. by Pl. Luscious Seafood LLC to the Resps. by the United States and Def.-

Ints. in Opp'n to Pl.'s Mot. for J. on the Agency R. (Feb. 13, 2025), ECF Nos. 40 (Conf.),

41 (Public); Joint Appendix (Feb. 27, 2025), ECF Nos. 42 (Conf.), 43 (Public).  The court

does not believe its Opinion and Order contains information that is subject to a valid

claim of confidentiality.  Before issuing a public Opinion and Order, the court invites

the parties, in particular plaintiff Luscious Seafood LLC, to identify any information

that meets the standard for redaction, i.e., that the specific information for which

confidential treatment is sought reasonably could be expected to cause competitive

harm to any person.

Therefore, it is hereby

**ORDERED** that each party shall inform the court, within twenty-one (21) days of the date of this Order, whether that party makes any claim for confidential treatment of any specific, identified information in the court's Opinion and Order or, instead, whether the Opinion and Order should be issued as a public opinion; and it is further

**ORDERED** that if any party to this action considers information in the Opinion and Order to qualify for confidential treatment and desires that this information be redacted from a public opinion to be issued by the court, that party shall submit a claim for confidential treatment to the court within twenty-one (21) days of the date of this Order.  Any such claim must include a justification of why the specific information for which confidential treatment is sought reasonably can be expected to cause competitive harm to any person.

 _/s/ Timothy C. Stanceu
Timothy C. Stanceu
Judge

Dated: December 15, 2025
       New York, New York